

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 18, 2026

<u>By ECF</u>
The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   **United States v. 158.79928457 bitcoin and 158.79867767 bitcoin cash,**
> **26-cv-04093**

Dear Judge Garnett,

The Government respectfully writes regarding the Court's potential recusal from the above-referenced *in rem* forfeiture action.

Per the Court's Individual Rules and Practices Regarding Matters in which the United States Attorney for the Southern District of New York Represents a Party, the Court will recuse itself from any civil matter that derives from or relates to a criminal matter that was initiated or pending in the U.S. Attorney's Office on or prior to December 15, 2023.

In my examination of the records in this matter, I have determined that this action derives from and relates to a criminal investigation that was initiated or pending in the U.S. Attorney's Office on or prior to December 15, 2023, and thus this matter falls within that recusal parameter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/_____
T. Josiah Pertz
Assistant United States Attorney
212-637-2246