

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**Jeffrey Brown**
*Partner*

Jeffrey.Brown@dechert.com
+1 212 698 3511  Direct
+1 212 698 0678  Fax

June 18, 2026

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***United States v. 158.79928457 Bitcoin and 158.79867767 Bitcoin Cash***,
**Case No. 26-cv-4093 (JMF)**

Dear Judge Furman:

     Our firm represents Broker-1, a potential claimant referenced throughout the Complaint filed in this action. *See* ECF No. 1. We write with the consent of the Government to seek a short extension of the deadline to file a claim opposing forfeiture to July 6, 2026.

     This is the first extension request in the instant matter. If the Court grants this extension request, Rule G(5)(b) dictates that the deadline to answer the Complaint would change to July 27, 2026, 21 days from the claim's filing. Fed. R. Civ. P. G(5)(b). The Court has set the initial conference in this matter for September 22, 2026.

     In an *in rem* forfeiture action, the Court may "for good cause set[] a different time" by which a claimant "may contest the forfeiture by filing a claim." Fed. R. Civ. P. G(5)(a)(ii). We sought the Government's consent for this brief extension because of a number of competing deadlines and family obligations, and we appreciate the Government's courtesy. We are undertaking good faith efforts to prepare the claim and continue to consider possible avenues of resolution of the matter.

     We thank the Court for considering this request.

Sincerely,

          Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 5.

/s/ *Jeffrey Brown*
  Jeffrey Brown

       SO ORDERED.

       June 22, 2026