UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v.-

158.7992845700 BITCOIN; and

158.7992776700 BITCOIN CASH;

Defendants-*in-rem*.

JUDGMENT OF FORFEITURE

26 Civ. 4093 (JMF)

WHEREAS, on or about May 15, 2026, the United States of America (the "Government") commenced an *in rem* forfeiture action by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"), seeking the forfeiture of the following:

a. 158.7992845700 Bitcoin ("BTC"); and

b. 158.7992776700 Bitcoin Cash ("BCH")

(a. and b., together, the "Defendants-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to (i) Title 21, United State Code, Section 881(a)(6), as the Defendants-*in-rem* constitutes moneys furnished or intended to be furnished by any person in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and (ii) Title 18, United States Code, Section 981(a)(1)(A), as the Defendants-*in-rem* constitutes property involved in monetary laundering transactions that derive from specific unlawful activity in violation of Title 18, United Sates Code, Section 1956;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 19, 2026, through June 17, 2026, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, the Government was advised by the purported owner of the Defendants-*in-rem* (the "Claimant"), through counsel, Jeffrey Brown, Esq. ("Claimant's Counsel"), that the Claimant was asserting an ownership interest in the Defendants-*in-rem*;

WHEREAS, on or about May 19, 2026, the Notice of Civil Complaint was sent by email to additional counsel for Claimant, who is the only party the Government has reason to believe has an alleged interest in the Defendants-*in-rem*;

WHEREAS, on or about July 20, 2026, the Court entered a Stipulation and Order (the "Stipulation"), wherein the Government agreed to return 40% of the Defendants-*in-rem*, specifically 63.519713828 BTC and 63.519711068 BCH (the "Claimant's Share"), to the Claimant and the Claimant agreed to withdraw any claim of interest in the remaining 60% of the Defendants-*in-rem* (i.e., 95.279570742 BTC and 95.279566602 BCH) (the "Forfeited Property") and agreed not to contest the forfeiture of the Forfeited Property to the Government (D.E. 10); and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Forfeited Property shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeitures shall dispose of the Forfeited Property, according to law.

Dated: New York, New York
July 24, 2026

SO ORDERED:

HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

It is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action within sixty days of the date of this Order if any party believes there is a basis to do so. All pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.